

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2017

**BY EMAIL**

Honorable James L. Cott
United States Magistrate District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Chuck Connors Person et al.*, 17 Mag. 7118
*United States v. Lamont Evans et al.*, 17 Mag. 7119
*United States v. James Gatto et al.*, 17 Mag. 7120

Dear Judge Cott:

The Government writes concerning the above-referenced cases. On September 25, 2017, Your Honor signed a sealed complaint in each of the above-referenced cases. The Government anticipates that the law enforcement operations that necessitated the sealing of the respective complaints will be complete tomorrow morning, September 26, 2017, and, accordingly, respectfully requests that the above-referenced cases and all documents therein be unsealed as of 8:30 a.m. on September 26, 2017.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

by: /s/ Robert Boone
Robert Boone/Noah Solowiejczyk/
Edward Diskant/Russell Capone
Assistant United States Attorneys
(212) 637-2208/2473/2294/2247

**SO ORDERED:**

Hon. James L. Cott
United States Magistrate Judge

9/25/17