UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  **Affirmation in Support of Application for Order of Continuance**

    - v. -  :

CHRISTIAN DAWKINS,  :  17 Mag. 7119
                                        :  17 Mag. 7120
           Defendant.  :

- - - - - - - - - - - - - - - - - - - x

State of New York                   )
County of New York               : ss.:
Southern District of New York   )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 6 2017

Noah Solowiejczyk, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1.   I am an Assistant United States Attorney in the Office of Joon H. Kim, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

2.   The defendant was charged with violations of 18 U.S.C. §§ 371, 666, 1343, 1346, 1349, and 2, as set forth in the complaint *United States v. Lamont Evans et al.*, 17 Mag 7119, dated September 25, 2017, and was charged with violations of 18 U.S.C. §§ 1343, 1349, 1956, and 2, in the complaint *United States v. James Gatto et al.*, 17 Mag. 7120, dated September 25, 2017. On September 25, 2017, the defendant was arrested on the charges contained in the

complaints and on September 26, 2017 was presented before Magistrate Judge James L. Cott. The defendant was released subject to conditions of the bail terms set by Magistrate Judge Cott. The defendant is represented by Steven Haney, Esq.

3. Pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, the deadline for a preliminary hearing in these matters is 30 days from the date of the initial presentment. Accordingly, the Government has until October 26, 2017 to charge the defendant by indictment or information.

4. Steven Haney, Esq., and Assistant United States Attorneys Robert Boone, Edward B. Diskant and I have had discussions regarding a possible disposition of these cases. The negotiations have not been completed and we plan to continue our discussions, but do not anticipate a resolution before the deadline under Rule 5.1 expires on October 26, 2017.

5. Therefore, the Government is requesting a 14-day continuance until November 9, 2017, to continue the foregoing discussions and reach a disposition of these matters. Defense counsel consents to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:   New York, New York
         October 25, 2017

                                          _____
                                          Noah Solowiejczyk
                                          Assistant United States Attorney
                                          Southern District of New York
                                          212-637-2473